## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kristy Bishop, et al., | No. CV-19-04999-PHX-JAS |
| Plaintiffs, | **ORDER** |
| v. | |
| Pacific Indemnity Company, | |
| Defendant. | |

Pursuant to Defendant Pacific Indemnity Company's Motion (Doc. 32) to Appear Telephonically at Rule 16 Case Management Conference and good cause appearing therefore,

IT IS HEREBY ORDERED Granting Ms. Samberg permission to appear telephonically at the February 13, 2020, Rule 16 Case Management Conference.

**Ms. Samberg shall email the Court's Courtroom Deputy (Tiffany Dame: Tiffany_Dame@azd.uscourts.gov) by 2/10/20 to provide a phone number for the telephonic appearance; Ms. Dame will call Ms. Samberg a few minutes before the conference to patch her into the Courtroom audio system for the conference.**

Dated this 5th day of February, 2020.

Honorable James A. Soto
United States District Judge