# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kristy Bishop, et al., | No. CV-19-04999-PHX-JAS |
| Plaintiffs, | **ORDER** |
| v. | |
| Pacific Indemnity Company, | |
| Defendant. | |

Pending before the Court is the parties' Stipulation to Reassign for Settlement Conference (Doc. 36). The Court has reviewed the Stipulation and good cause appearing,

**IT IS ORDERED** GRANTING the stipulation (Doc. 36). This matter is assigned to Magistrate Judge Bruce Macdonald for settlement conference to be conducted jointly with *Miller v. Pacific Indemnity*, No. CV-18-02335-PHX-JSA, which has already been assigned to Magistrate Macdonald for the purpose of settlement conference.

Dated this 22nd day of April, 2020.

Honorable James A. Soto
United States District Judge