**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Carley Anne Miller, | Nos.  CV-18-02335-PHX-JAS |
| Plaintiff, | CV-19-04999-PHX-JAS |
| v. | |
| Pacific Indemnity Company, | **ORDER** |
| Defendant. | |
| | |
| Kristy Bishop, *et al.*, | |
| Plaintiffs, | |
| v. | |
| Pacific Indemnity Company, | |
| Defendant. | |

On April 22, 2020, the Honorable James A. Soto granted the Parties in the *Bishop* matter permission to have a settlement conference in conjunction with the *Miller* Parties. *Bishop v. Pacific Indemnity Co.*, Case No. CV-19-4999-PHX-JAS, Order 4/22/2020 (Doc. 37).  Accordingly, IT IS HEREBY ORDERED that the settlement conference currently set in the *Miller* matter for Wednesday, May 20, 2020 is VACATED and RESET.

IT IS FURTHER ORDERED that both matters are set for a SETTLEMENT CONFERENCE on **Wednesday, June 24, 2020 at 9:30 a.m.** before the Honorable Bruce

G. Macdonald.    The parties shall meet at the Evo A. DeConcini United States Courthouse, Courtroom 3C.

IT IS FURTHER ORDERED that lead trial counsel and a representative of Defendants with settlement authority attend the settlement conference.  If the parties have any questions or concerns prior to the conference, please contact my law clerk, Marcia Delanty, at (520) 205-4520.

Dated this 8th day of May, 2020.

_____
Honorable Bruce G. Macdonald
United States Magistrate Judge

- 2 -