**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Kristy Bishop and Phillip Bishop, | No. CV-19-04999-PHX-JAS |
| Plaintiffs, | **ORDER** |
| v. | |
| Pacific Indemnity Company, | |
| Defendant. | |

As per General Orders 20-13, 20-15, 20-17, 20-18, 20-20 and 20-26,

IT IS ORDERED that the Case Management Conference currently set for June 15, 2020, is RESET for July 20, 2020 at 01:30 PM before Judge James A. Soto. Ordered by Judge James A. Soto.

This Order is based on the following facts: (a) the President of the United States has declared a public health emergency in response to the spread of the COVID 19 virus; (b) the Governor of Arizona has also declared a public health emergency; (c) the Chief Judge of this Court has entered General Order 20-17 and previous orders in response to the public health emergency; and (d) potential health risks raised by convening court proceedings involving a large number of participants including counsel and their assistants, court staff, interpreters, representatives of the Marshals office, and the parties, could distract participants or hurry the proceeding in a manner inconsistent with the ends of justice.

Dated this 10th day of June, 2020.

Honorable James A. Soto
United States District Judge