**MAGISTRATE JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**
**CIVIL MINUTES - GENERAL**

**Date: June 24, 2020**      (Amended 7/7/20 to correct date in paragraph two; bh)

**Civil Case Number: CV-18-2335-PHX-JAS and CV-19-4999-PHX-JAS**

**Title: Miller v. Chubb Insurance Co., *et al.* and Bishop v. Pacific Indemnity, Co.**

Present:                              Hon. Bruce G. Macdonald

Magistrate Courtroom Clerk:  ____N/A____          Court Reporter:  ____N/A____

Attorneys for Plaintiff Miller:     Scott M. Golden, Jr., Esq.; William H. Doyle, Esq.;
                                    and Brandon D. Millam, Esq.
Attorneys for Bishop Plaintiffs:    Richard P. Traulsen, Esq. and Mark E. Munson, Esq.
Attorney for Defendants:            Amy M. Samberg, Esq.

**PROCEEDINGS:**          ___ Open Court    _X_ Chambers    ___ Other

**SETTLEMENT CONFERENCE**

A settlement conference was held before Magistrate Judge Macdonald.  The Parties have not reached a settlement at this time.  The Bishop Plaintiffs have agreed to continue negotiations.

*Later in Chambers 6/25/2020*

The parties in *Miller v. Chubb Insurance, Co., et al.*, CV-18-2335-PHX-JAS have agreed to continue negotiations.

*Later in Chambers 6/29/2020*

The parties in *Bishop v. Pacific Indemnity, Co.*, CV-19-4999-PHX-JAS, have reached a settlement.  They will file closing documents as appropriate.

**SETTLEMENT CONFERENCE ( 7 hours, 30 minutes )**

**Hearing Start Time:**        **9:30 a.m.**
**Hearing End Time:**          **5:00 p.m.**