## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kristy Bishop and Phillip Bishop, | No. CV-19-04999-PHX-JAS |
| Plaintiffs, | **ORDER** |
| v. | |
| Pacific Indemnity Company, | |
| Defendant. | |

To accommodate the courtroom calendar, and good cause appearing;

IT IS ORDERED that the case management conference presently scheduled for July 20, 2020 at 1:30 p.m. is vacated and is rescheduled for July 21, 2020 at 1:30 p.m. in Courtroom 6A before the Honorable James A. Soto. The parties shall file a Rule 16 joint report no later than July 17, 2020.

IT IS FURTHER ORDERED that all other requirements for the Rule 16 joint report and case management conference contained in the court's order filed January 9, 2020 (Doc. 30) are re-affirmed and shall remain unchanged.

Dated this 14th day of July, 2020.

Honorable James A. Soto
United States District Judge