**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Kristy Bishop, a married woman; and Phillip Bishop, a married man, | Case: 2:19-cv-04999-PHX-JAS |
| Plaintiffs, | |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| Pacific Indemnity Company, a foreign corporation, | |
| Defendant. | |

Pursuant to the Stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED dismissing the above captioned matter with prejudice, each party to bear their own costs and attorneys' fees.

Dated this 14th day of August, 2020.

_____

Honorable James A. Soto
United States District Judge